■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYNTHIA KELLY, Appellant. — *Judgment of the County Court, Nassau County, rendered March 16, 1979, affirmed. (See *People v La Barbera,* 73 AD2d 953; *People v*

*Ottomanelli*, 74 AD2d 653.) Mollen, P. J., Hopkins, Mangano and Cohalan, JJ., concur.